UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Thomas Mlodzinski, et al.

        v.                          Civil No. 08-cv-00289-JL

Michael F. Lewis, et al.

**O R D E R**

The Preliminary Pretrial Conference was held in chambers on October 29, 2008.

The Discovery Plan (document no. 14) is **APPROVED** as submitted.

Based on the discussions between the court and counsel at the conference, the following are **stricken** without prejudice to being reinstated on request if warranted by the evidence:

- plaintiffs' claims:    none

- affirmative defenses:  CNHSOU defendants' ninth defense (comparative negligence)

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  October 29, 2008

cc:  Matthew J. Lahey, Esq.
     Charles P. Bauer, Esq.
     William G. Scott, Esq.