UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Thomas Mlodzinski, et al.</u>

        v.                                  Civil No. 08-cv-289-JL

<u>Michael Lewis, et al.</u>


<u>O R D E R</u>

      On April 27, 2009, Attorney Matthew J. Lahey was granted permission to withdraw as counsel for Amy Furmanick as he has not been able to make contact with Ms. Furmanick. On April 28, 2009, an Order was issued for Plaintiff Furmanick to either appear pro se or have counsel appear on or before May 18, 2009. The Order was mailed to Plaintiff Furmanick at her last known address provided by Attorney Lahey. On May 4, 2009, her mailing was returned to the Court with the following notation: "Returned to Sender; Not Deliverable as Addressed; Unable to Forward."

      As the current whereabouts of Amy Furmanick is unknown, her claims are dismissed without prejudice.

      SO ORDERED.

May 20, 2009                             _____
                                           Joseph N. Laplante
                                           United States District Judge


cc:    Matthew Lahey, Esq.
        Charles Bauer, Esq.
        William Scott, Esq.